# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Gordon P. Gallagher

Civil Action No. 22-cv-02374-GPG-RTG

KEITH PURSER,

    Plaintiff,

v.

DOUGLAS GILLILAND,
TAURUS OF TEXAS GP, LLC,
CLUB DEAL 113/114 PARK PLAZA
AND GRAND JUNCTION, LP, and
CLUB DEAL 127 MERK GRAND JUNCTION, LP,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders entered by Judge Gordon P. Gallagher on November 8, 2023 [D. 79] and November 20, 2024 [D. 99], it is

ORDERED that the Defendants' Motion to Dismiss [D. 63] is GRANTED IN PART. It is

FURTHER ORDERED that Plaintiff's breach of contract claim is DISMISSED. It is

FURTHER ORDERED that Defendant's Motion for Summary Judgment [D. 89] is GRANTED. It is

FURTHER ORDERED that Plaintiff's unjust enrichment claim is DISMISSED. It is

FURTHER ORDERED that summary judgment is entered in favor of Defendants and against Plaintiff on Plaintiff's unjust enrichment claim. It is

FUTHER ORDERED that Plaintiff's unjust enrichment claim is DISMISSED.

This case is closed.

Dated at Grand Junction, Colorado this 21st day of November 2024.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                By:   s/D. Clement
                                         D. Clement
                                         Deputy Clerk